AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| I. Person Reporting (last name, first, middle initial)  BENNETT, RICHARD D. | 2. Court or Organization  U.S. DISTRICT COURT OF MD | 3. Date of Report  05/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  CHAMBERS 5D, U.S. COURTHOUSE 101 W. LOMBARD STREET BALTIMORE, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | U. S. ARMY RESERVE RETIREMENT, PENSION UPON AGE 60 |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 9: 51 FINANCIAL DISCLOSURE OFFICE

Bennett_Richard_D

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | LEGG MASON & COMPANY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ADMINISTRATIVE OFFICE OF THE U.S. COURTS | MAR 9- MAR 12 | LOS ANGELES, CA | FJC WORKSHOP | MEALS, HOTEL, AND TRANSPORTATION |
| 2. | " | JUNE 24-JUNE 27 | LONG BEACH, CA | FJC WORKSHOP | MEALS, HOTEL, AND TRANSPORTATION |
| 3. | VERMONT KARELIA RULE OF LAW PROJECT, ▮▮▮▮ | MAR 7-MAR 8 | BOSTON, MA | MEETING OF CONSORTIUM | MEALS, HOTEL, AND TRANSPORTATION |
| 4. | " | AUG-15 AUG 16 | MANCHESTER, NH | MEETING OF CONSORTIUM | MEALS, HOTEL, AND TRANSPORTATION |
| 5. | " | FEB 9-FEB 17 | ST.PETERSBURG, RUSSIA | JUDICIAL CONFERENCE | MEALS, HOTEL, AND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D. | 05/08/2009 |

| | | | | |
|---|---|---|---|---|
| 6. " | MAY 17 -MAY 24 | ST. PETERSBURG, RUSSIA | REGIONAL MEETINGS | MEALS, HOTEL, AND TRANSPORTATION |
| 7. " | NOV 2- NOV 9 | ST. PETERSBURG, RUSSIA | REGIONAL MEETINGS | MEALS, HOTEL, AND TRANSPORTATION |
| 8. " | SEPT 10 - SEPT 12 | BALTIMORE, MD | VISITING RUSSIAN DELEG. | REIMBURSEMENT FOR PERSONAL EXPENSES |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BANK OF AMERICA | TERM LOAN/CREDIT CARD | K |
| 2. BANK OF AMERICA | MORTGAGE ON RENTAL PROPERTY | M |
| 3. MBNA | CREDIT CARD | K |
| 4. WELLS FARGO BANK | CREDIT CARD | K |
| 5. NORDSTROM | CREDIT CARD | K |
| 6. TULL FAMILY TRUST | LOAN | K |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, RICHARD D. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY SUSSEX CO, DE | D | Rent | N | W | | | | | |
| 2. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BENNETT, RICHARD D. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

MAY 8, 2009

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544